In the Matter of Louis P. Goldberg et al., Appellants, against S. Howard Cohen et al., Constituting the Board of Elections of the City of New York, Respondents.

Argued October 30, 1941; decided October 30, 1941.

*Israel Convisser* for appellants.

*William C. Chanler, Corporation Counsel (Oscar L. Tucker* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.